# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2275

_____

| | | |
|---|---|---|
| Ray Henry Faison, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| W. I. LeBlanc, Jr., Warden; | * | |
| David Good, A. W. Medical; | * | |
| Trung M. Tran, M.D.; United | * | [UNPUBLISHED] |
| States of America, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  September 21, 2007
Filed:  October 10, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Former federal inmate Ray Henry Faison filed a complaint under the Federal Tort Claims Act (FTCA) and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), claiming inadequate medical care.  The district court[1] dismissed the FTCA claim without prejudice, because Faison did not exhaust

_____

[1]The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of

his administrative remedies prior to filing his complaint, and dismissed the <u>Bivens</u> claims with prejudice, because Faison failed to state an Eighth Amendment claim. After de novo review, <u>see</u> <u>LeMay v. U.S. Postal Serv.</u>, 450 F.3d 797, 799 (8th Cir. 2006) (lack of subject matter jurisdiction); <u>Springdale Educ. Ass'n v. Springdale Sch. Dist.</u>, 133 F.3d 649, 651 (8th Cir. 1998) (failure to state claim), we affirm for the reasons set forth by the district court. <u>See</u> 8th Cir. R. 47B. We deny Faison's request for appointed counsel.

_____

Minnesota.